**Order entered November 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00628-CR
No. 05-12-00629-CR
No. 05-12-00630-CR

**MAQUINN ABRAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-61042-R, F11-52177-R, F11-52340-R**

## ORDER

Before the Court are Appellant's Objection to Supplemental Clerk's Record filed on June 26, 2013, and Objection to Second Supplemental Clerk's Record filed on October 22, 2013. We **OVERRULE** the objections.

/s/     JIM MOSELEY
           JUSTICE